UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 NOV 24 PM 1:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LEO CASIAS and ANTHONY CASIAS, <br><br> Defendant. | CASE NO. 90CR0186 <br><br> ORDER RE: PRO RATA DISTRIBUTION OF RESTITUTION FUNDS |

Due to the maturity of this case, the "Judgment and Probation/Commitment Order" (J&C) is no longer available. There is however, the "Declaration and Request For Order For Appearance Of Judgment Debtor," that states that restitution will be in the amount of $199,972.99. Nevertheless, the victim list indicates a total of $206,013.99. In view of the differing amounts and with your approval, the Clerk's Office will distribute the restitution funds on hand, as well as any future funds received, on a pro rata basis, calculated in the following manner:

- Each victim's loss will be divided by the amount of the total loss to determine that victim's percent of the total loss;

- The amount of restitution funds received by the Clerk's Office will be multiplied by the percentage figure applicable to each victim, and that amount will be paid as that victims pro rata share of restitution.

The following shows the new Pro-Rated amounts:

| | Victim | Amount Owed | Pro-Rate | Pro-Rated Amount |
|---|---|---|---|---|
| 1 | Kerstin Aberg | $168.00 | 0.0008155 | $163.07 |
| 2 | Cathy Adams | $168.00 | 0.0008155 | $163.07 |
| 3 | Ralph and Kathie Allen | $168.00 | 0.0008155 | $163.07 |
| 4 | Jim and Judy Allen | $168.00 | 0.0008155 | $163.07 |
| 5 | Ben and Sherrill Amador | $168.00 | 0.0008155 | $163.07 |
| 6 | Karen Anderson | $168.00 | 0.0008155 | $163.07 |
| 7 | Pat Anderson | $168.00 | 0.0008155 | $163.07 |
| 8 | Timothy C. Bailey | $168.00 | 0.0008155 | $163.07 |
| 9 | Philip and Janet Banks | $168.00 | 0.0008155 | $163.07 |
| 10 | Natalie Barry | $168.00 | 0.0008155 | $163.07 |
| 11 | Pat Beilke | $168.00 | 0.0008155 | $163.07 |
| 12 | Denise Jermyn | $168.00 | 0.0008155 | $163.07 |
| 13 | Brent and Nancy Boyde | $168.00 | 0.0008155 | $163.07 |
| 14 | Dee Brandvig | $33.80 | 0.0001641 | $32.81 |
| 15 | Bob and Cindie Eichholz | $18.00 | 0.0000874 | $17.47 |
| 16 | Vicki Burnett | $168.00 | 0.0008155 | $163.07 |
| 17 | Suzanne K. Busch | $168.00 | 0.0008155 | $163.07 |
| 18 | Alan and Kathy Caldwell | $168.00 | 0.0008155 | $163.07 |
| 19 | Gail Miller | $168.00 | 0.0008155 | $163.07 |
| 20 | David and Leslie Carr | $168.00 | 0.0008155 | $163.07 |
| 21 | Clem and Margie Carroll | $168.00 | 0.0008155 | $163.07 |
| 22 | Randy and Joan Chaffin | $168.00 | 0.0008155 | $163.07 |
| 23 | Fran Chapmam | $168.00 | 0.0008155 | $163.07 |
| 24 | Nancy Clark | $168.00 | 0.0008155 | $163.07 |
| 25 | Pat Cochran | $168.00 | 0.0008155 | $163.07 |
| 26 | Lesley Cohn | $168.00 | 0.0008155 | $163.07 |
| 27 | Babara Colborn | $168.00 | 0.0008155 | $163.07 |
| 28 | Alan and Lesley Collins | $168.00 | 0.0008155 | $163.07 |
| 29 | Judy Cooke | $168.00 | 0.0008155 | $163.07 |
| 30 | Jovie Cowling | $168.00 | 0.0008155 | $163.07 |
| 31 | John and Linda Cox | $168.00 | 0.0008155 | $163.07 |
| 32 | Vicki Curwen | $168.00 | 0.0008155 | $163.07 |
| 33 | Walt and Marilyn Daniels | $168.00 | 0.0008155 | $163.07 |
| 34 | Carol and James Delleney | $168.00 | 0.0008155 | $163.07 |
| 35 | Lannie and Kathleen Dese | $168.00 | 0.0008155 | $163.07 |
| 36 | Mr. and Mrs. James J. Dc | $168.00 | 0.0008155 | $163.07 |
| 37 | Deborah J. Dovel | $168.00 | 0.0008155 | $163.07 |
| 38 | Karen D. Drape | $168.00 | 0.0008155 | $163.07 |
| 39 | Jeff and Gayle West | $168.00 | 0.0008155 | $163.07 |
| 40 | Deanne and Patricia Dryk | $168.00 | 0.0008155 | $163.07 |
| 41 | Corky Eastlick | $168.00 | 0.0008155 | $163.07 |
| 42 | Bonnie Allison | $168.00 | 0.0008155 | $163.07 |
| 43 | Pam Fishback | $168.00 | 0.0008155 | $163.07 |
| 44 | Sylvia Flores | $168.00 | 0.0008155 | $163.07 |

| | | | | |
|---|---|---|---|---|
| 45 | Gary C. Freiberg | $168.00 | 0.0008155 | $163.07 |
| 46 | Jan and Rick Funston | $168.00 | 0.0008155 | $163.07 |
| 47 | Theresa Fusik | $168.00 | 0.0008155 | $163.07 |
| 48 | Pat Garbiso | $168.00 | 0.0008155 | $163.07 |
| 49 | Gail Garrison | $168.00 | 0.0008155 | $163.07 |
| 50 | Sharon and John Giamma | $168.00 | 0.0008155 | $163.07 |
| 51 | Mary Gibson | $145.85 | 0.0007080 | $141.57 |
| 52 | Gil and Marilee Sheilah G | $168.00 | 0.0008155 | $163.07 |
| 53 | Brrian and Linda Granse | $168.00 | 0.0008155 | $163.07 |
| 54 | Larry and Cheryl Groll | $168.00 | 0.0008155 | $163.07 |
| 55 | Tom and Marcy Hameche | $168.00 | 0.0008155 | $163.07 |
| 56 | Nancy Harbach | $168.00 | 0.0008155 | $163.07 |
| 57 | Mike and Janice Harness | $168.00 | 0.0008155 | $163.07 |
| 58 | Evelyn Hellwig | $168.00 | 0.0008155 | $163.07 |
| 59 | Lorna Hespeler | $33.75 | 0.0001638 | $32.76 |
| 60 | Susan Higgins | $168.00 | 0.0008155 | $163.07 |
| 61 | Betty and Douglas Hill | $168.00 | 0.0008155 | $163.07 |
| 62 | Judy Hinojosa | $168.00 | 0.0008155 | $163.07 |
| 63 | Barbara Holloway | $168.00 | 0.0008155 | $163.07 |
| 64 | Cheryl Holmes | $168.00 | 0.0008155 | $163.07 |
| 65 | Huey and Marilyn Honea | $168.00 | 0.0008155 | $163.07 |
| 66 | Linda Horrell | $168.00 | 0.0008155 | $163.07 |
| 67 | Cay and Allen Hough | $39.83 | 0.0001933 | $38.66 |
| 68 | Patti S. Hanken | $168.00 | 0.0008155 | $163.07 |
| 69 | Suzi and Andy Hunter | $168.00 | 0.0008155 | $163.07 |
| 70 | Daryl and Nancy Idler | $168.00 | 0.0008155 | $163.07 |
| 71 | Sharon Jaynes | $168.00 | 0.0008155 | $163.07 |
| 72 | Donna Johnson | $60.00 | 0.0002912 | $58.24 |
| 73 | Leigh J. Jones | $168.00 | 0.0008155 | $163.07 |
| 74 | Barry and Judith Jones | $168.00 | 0.0008155 | $163.07 |
| 75 | Genie Jones | $168.00 | 0.0008155 | $163.07 |
| 76 | Julie and Tom Karlo | $168.00 | 0.0008155 | $163.07 |
| 77 | Alfred Kayne | $52.50 | 0.0002548 | $50.96 |
| 78 | Linda Kendrick | $168.00 | 0.0008155 | $163.07 |
| 79 | Glenda Tooley | $168.00 | 0.0008155 | $163.07 |
| 80 | Melanie Johnson | $168.00 | 0.0008155 | $163.07 |
| 81 | Keith R. Knapp | $168.00 | 0.0008155 | $163.07 |
| 82 | Gail Kohlbacker | $168.00 | 0.0008155 | $163.07 |
| 83 | Jens and Sylvia Lang | $168.00 | 0.0008155 | $163.07 |
| 84 | Bonnie Lanier | $168.00 | 0.0008155 | $163.07 |
| 85 | Kathleen Lechner Summe | $168.00 | 0.0008155 | $163.07 |
| 86 | Carolyn Leech | $168.00 | 0.0008155 | $163.07 |
| 87 | Susan and Dennis Ross | $168.00 | 0.0008155 | $163.07 |
| 88 | Mao Lin | $168.00 | 0.0008155 | $163.07 |
| 89 | Willard A. Long, III | $20.85 | 0.0001012 | $20.24 |
| 90 | Marilyn Love | $336.00 | 0.0016310 | $326.15 |

| | | | | |
|---|---|---|---|---|
| 91 | Christine and Richard Lov | $168.00 | 0.0008155 | $163.07 |
| 92 | Ed and Donna Loza | $168.00 | 0.0008155 | $163.07 |
| 93 | Judith Mahaffy | $168.00 | 0.0008155 | $163.07 |
| 94 | Jim and Christina Mahin | $168.00 | 0.0008155 | $163.07 |
| 95 | Nandlao Makwana | $168.00 | 0.0008155 | $163.07 |
| 96 | Geri McCabe | $168.00 | 0.0008155 | $163.07 |
| 97 | Sue McCormick | $168.00 | 0.0008155 | $163.07 |
| 98 | Jackie MCDaniel | $168.00 | 0.0008155 | $163.07 |
| 99 | Madeline and Richard Mc | $168.00 | 0.0008155 | $163.07 |
| 100 | Patrick McGann | $168.00 | 0.0008155 | $163.07 |
| 101 | Bob McRoberts | $143.89 | 0.0006984 | $139.67 |
| 102 | Diana Medina | $168.00 | 0.0008155 | $163.07 |
| 103 | Elaine and Mike Melcher | $168.00 | 0.0008155 | $163.07 |
| 104 | Shirley and Bob Moran | $168.00 | 0.0008155 | $163.07 |
| 105 | William and Kathy Martin | $90.00 | 0.0004369 | $87.36 |
| 106 | Faye and Ben Nance | $168.00 | 0.0008155 | $163.07 |
| 107 | Ronald and Camille Nielse | $168.00 | 0.0008155 | $163.07 |
| 108 | Gary and Linda Noland | $168.00 | 0.0008155 | $163.07 |
| 109 | Sheryl Norris | $168.00 | 0.0008155 | $163.07 |
| 110 | Bill and Rosalie O'Brien | $168.00 | 0.0008155 | $163.07 |
| 111 | William O'Connor | $825.00 | 0.0040046 | $800.81 |
| 112 | Sue Osborne | $168.00 | 0.0008155 | $163.07 |
| 113 | Diana and Gene Parker | $168.00 | 0.0008155 | $163.07 |
| 114 | Jim and Kathy Parker | $168.00 | 0.0008155 | $163.07 |
| 115 | Alice Paxton | $168.00 | 0.0008155 | $163.07 |
| 116 | Guadalupe Payan | $168.00 | 0.0008155 | $163.07 |
| 117 | Laurie Clark | $168.00 | 0.0008155 | $163.07 |
| 118 | Thomas and Allene Reirde | $30.00 | 0.0001456 | $29.12 |
| 119 | Wendy Remington | $129.50 | 0.0006286 | $125.70 |
| 120 | Carolyn Rodley | $168.00 | 0.0008155 | $163.07 |
| 121 | Franklin and Marsha Roge | $168.00 | 0.0008155 | $163.07 |
| 122 | Fernando Ruiz, Jr. | $168.00 | 0.0008155 | $163.07 |
| 123 | Doreen and John Russell | $168.00 | 0.0008155 | $163.07 |
| 124 | Deborah San Miguel | $168.00 | 0.0008155 | $163.07 |
| 125 | Steve and Lynn Schaefer | $168.00 | 0.0008155 | $163.07 |
| 126 | Patti Sears | $168.00 | 0.0008155 | $163.07 |
| 127 | Peter and Pamela Selvig | $168.00 | 0.0008155 | $163.07 |
| 128 | Philip Slaughter | $168.00 | 0.0008155 | $163.07 |
| 129 | Wayne and Maureen Smi | $363.00 | 0.0017620 | $352.36 |
| 130 | Loree and Jerry Smith | $168.00 | 0.0008155 | $163.07 |
| 131 | Darlene Smith | $168.00 | 0.0008155 | $163.07 |
| 132 | James Smith | $168.00 | 0.0008155 | $163.07 |
| 133 | Richard and Charmy Sore | $168.00 | 0.0008155 | $163.07 |
| 134 | Jody Pugh | $81.54 | 0.0003958 | $79.15 |
| 135 | Jan Sticht | $168.00 | 0.0008155 | $163.07 |
| 136 | Maurice and Lily Sun | $168.00 | 0.0008155 | $163.07 |

| # | Name | Amount | Rate | Total |
|---|---|---|---|---|
| 137 | Barry and Evelyn Swaim | $168.00 | 0.0008155 | $163.07 |
| 138 | George Sweikhart | $40.00 | 0.0001942 | $38.83 |
| 139 | Linda Terrien | $168.00 | 0.0008155 | $163.07 |
| 140 | Maxine Angel | $168.00 | 0.0008155 | $163.07 |
| 141 | Divinidad Torneros | $168.00 | 0.0008155 | $163.07 |
| 142 | Rochelle Treger | $168.00 | 0.0008155 | $163.07 |
| 143 | Ron and Becky Trin(Trim) | $168.00 | 0.0008155 | $163.07 |
| 144 | Lon and Terry Underwood | $168.00 | 0.0008155 | $163.07 |
| 145 | Reg and Vicky Vitek | $168.00 | 0.0008155 | $163.07 |
| 146 | Valerie Palkowski | $168.00 | 0.0008155 | $163.07 |
| 147 | Lilly Walsh | $168.00 | 0.0008155 | $163.07 |
| 148 | Ellen Walters | $95.79 | 0.0004650 | $92.98 |
| 149 | Sallie Walvatne | $168.00 | 0.0008155 | $163.07 |
| 150 | Katharine Wanner | $336.00 | 0.0016310 | $326.15 |
| 151 | Susan Wedell | $74.49 | 0.0003616 | $72.31 |
| 152 | Tracey Morris | $168.00 | 0.0008155 | $163.07 |
| 153 | Pat West | $78.50 | 0.0003810 | $76.20 |
| 154 | Kathy Wiedenfeld | $168.00 | 0.0008155 | $163.07 |
| 155 | Elaine Willardson | $168.00 | 0.0008155 | $163.07 |
| 156 | Billie Williams | $168.00 | 0.0008155 | $163.07 |
| 157 | Michael Williams | $168.00 | 0.0008155 | $163.07 |
| 158 | Warren and Susan Williar | $168.00 | 0.0008155 | $163.07 |
| 159 | Nancy Williams | $108.00 | 0.0005242 | $104.83 |
| 160 | Khether and Hannah You | $168.00 | 0.0008155 | $163.07 |
| 161 | The American Heritage P | $5,443.71 | 0.0264240 | $5,284.08 |
| 162 | Ken Holly | $450.00 | 0.0021843 | $436.80 |
| 163 | Carol and Don Vestal | $550.00 | 0.0026697 | $533.87 |
| 164 | Judy Hofmayer | $450.00 | 0.0021843 | $436.80 |
| 165 | Rosalie Quadri Mellish | $450.00 | 0.0021843 | $436.80 |
| 166 | Paula Marrone | $450.00 | 0.0021843 | $436.80 |
| 167 | Gayla Spangler | $450.00 | 0.0021843 | $436.80 |
| 168 | Janet Holladay | $450.00 | 0.0021843 | $436.80 |
| 169 | Scott Barton | $450.00 | 0.0021843 | $436.80 |
| 170 | Bill Bussey | $450.00 | 0.0021843 | $436.80 |
| 171 | Lynn Crocker | $450.00 | 0.0021843 | $436.80 |
| 172 | Susan Porter | $450.00 | 0.0021843 | $436.80 |
| 173 | Kathy Keller | $450.00 | 0.0021843 | $436.80 |
| 174 | Rita Hoerr | $450.00 | 0.0021843 | $436.80 |
| 175 | Wendy Kaufman | $885.00 | 0.0042958 | $859.05 |
| 176 | Robert Arban | $885.00 | 0.0042958 | $859.05 |
| 177 | Jaimie Adams | $885.00 | 0.0042958 | $859.05 |
| 178 | Noman Arndt | $915.00 | 0.0044414 | $888.17 |
| 179 | Larry Asplund | $885.00 | 0.0042958 | $859.05 |
| 180 | Tom Avey | $885.00 | 0.0042958 | $859.05 |
| 181 | Jackie Bataller | $885.00 | 0.0042958 | $859.05 |
| 182 | Mack Batoyon | $885.00 | 0.0042958 | $859.05 |

| | | | | |
|---|---|---|---|---|
| 183 | Mary Beach | $885.00 | 0.0042958 | $859.05 |
| 184 | Carl Berryhill . | $885.00 | 0.0042958 | $859.05 |
| 185 | Mr. Sackin | $915.00 | 0.0044414 | $888.17 |
| 186 | Mr. Trowbridge | $885.00 | 0.0042958 | $859.05 |
| 187 | Najarian Borger | $915.00 | 0.0044414 | $888.17 |
| 188 | David Burgett | $885.00 | 0.0042958 | $859.05 |
| 189 | Bill Byers | $915.00 | 0.0044414 | $888.17 |
| 190 | Bill Cahill | $885.00 | 0.0042958 | $859.05 |
| 191 | Glenn Callan | $885.00 | 0.0042958 | $859.05 |
| 192 | Larry Coffeen | $915.00 | 0.0044414 | $888.17 |
| 193 | Nancy Collins | $885.00 | 0.0042958 | $859.05 |
| 194 | Orville Coonce | $885.00 | 0.0042958 | $859.05 |
| 195 | Mr. Herring | $885.00 | 0.0042958 | $859.05 |
| 196 | Amy Davis | $885.00 | 0.0042958 | $859.05 |
| 197 | Frank Day | $885.00 | 0.0042958 | $859.05 |
| 198 | Dennis Dayton | $915.00 | 0.0044414 | $888.17 |
| 199 | Dennis Del-Homme | $915.00 | 0.0044414 | $888.17 |
| 200 | Dennis Downs | $915.00 | 0.0044414 | $888.17 |
| 201 | Mr. Russell | $915.00 | 0.0044414 | $888.17 |
| 202 | Larry Easter | $885.00 | 0.0042958 | $859.05 |
| 203 | Leah Ehlrich | $885.00 | 0.0042958 | $859.05 |
| 204 | Rich Ernst | $915.00 | 0.0044414 | $888.17 |
| 205 | Manolo Espejo | $885.00 | 0.0042958 | $859.05 |
| 206 | Jaime Esperon | $915.00 | 0.0044414 | $888.17 |
| 207 | Terry Delos | $885.00 | 0.0042958 | $859.05 |
| 208 | Christine Green | $885.00 | 0.0042958 | $859.05 |
| 209 | Bob Fleming | $885.00 | 0.0042958 | $859.05 |
| 210 | Frank Ficano | $885.00 | 0.0042958 | $859.05 |
| 211 | Mr. Valenzano | $885.00 | 0.0042958 | $859.05 |
| 212 | Mike Fuller | $885.00 | 0.0042958 | $859.05 |
| 213 | Bill Fulton | $915.00 | 0.0044414 | $888.17 |
| 214 | Dennis Gettman | $915.00 | 0.0044414 | $888.17 |
| 215 | Ted Goodsell | $885.00 | 0.0042958 | $859.05 |
| 216 | 10040 Rue Chontemar Sa | $885.00 | 0.0042958 | $859.05 |
| 217 | Gerald Hall | $885.00 | 0.0042958 | $859.05 |
| 218 | Jim Haig | $915.00 | 0.0044414 | $888.17 |
| 219 | Doug Hamaguchi | $885.00 | 0.0042958 | $859.05 |
| 220 | Larry Harms | $885.00 | 0.0042958 | $859.05 |
| 221 | Colleen Hayes | $885.00 | 0.0042958 | $859.05 |
| 222 | Joe Herbert | $885.00 | 0.0042958 | $859.05 |
| 223 | Michelle Holladay | $885.00 | 0.0042958 | $859.05 |
| 224 | Jerry Hoover | $885.00 | 0.0042958 | $859.05 |
| 225 | Oran Houck | $885.00 | 0.0042958 | $859.05 |
| 226 | John Jackson | $885.00 | 0.0042958 | $859.05 |
| 227 | Marvin or Jamie Jamieson | $915.00 | 0.0044414 | $888.17 |
| 228 | Robert Johnston | $885.00 | 0.0042958 | $859.05 |

| # | Name | Amount | Rate | Total |
|---|---|---|---|---|
| 229 | Melvin Jones | $885.00 | 0.0042958 | $859.05 |
| 230 | Verland Kelly | $885.00 | 0.0042958 | $859.05 |
| 231 | Andy Kolk | $885.00 | 0.0042958 | $859.05 |
| 232 | Peter Kramer | $915.00 | 0.0044414 | $888.17 |
| 233 | Tom LaPuzza | $885.00 | 0.0042958 | $859.05 |
| 234 | Lis Lee | $885.00 | 0.0042958 | $859.05 |
| 235 | Patricia Kochanek | $885.00 | 0.0042958 | $859.05 |
| 236 | Jose Leon Guerrero | $885.00 | 0.0042958 | $859.05 |
| 237 | Timothy Liang | $885.00 | 0.0042958 | $859.05 |
| 238 | John Logan | $885.00 | 0.0042958 | $859.05 |
| 239 | Ervin Hirning | $885.00 | 0.0042958 | $859.05 |
| 240 | Paula Thurman | $885.00 | 0.0042958 | $859.05 |
| 241 | W. Leu | $885.00 | 0.0042958 | $859.05 |
| 242 | Ronald Madden | $915.00 | 0.0044414 | $888.17 |
| 243 | Fred Marrone | $885.00 | 0.0042958 | $859.05 |
| 244 | Jeanie Colletti | $885.00 | 0.0042958 | $859.05 |
| 245 | Richard Martinez | $1,770.00 | 0.0085916 | $1,718.10 |
| 246 | David Melby | $885.00 | 0.0042958 | $859.05 |
| 247 | Remigio Mercado | $885.00 | 0.0042958 | $859.05 |
| 248 | Warren Millard | $885.00 | 0.0042958 | $859.05 |
| 249 | Gary Miller | $1,830.00 | 0.0088829 | $1,776.34 |
| 250 | Booby Miura | $915.00 | 0.0044414 | $888.17 |
| 251 | Ross McCollum | $885.00 | 0.0042958 | $859.05 |
| 252 | Michael McDonald | $885.00 | 0.0042958 | $859.05 |
| 253 | Michael McPhee | $915.00 | 0.0044414 | $888.17 |
| 254 | Emanuel Narvaez | $885.00 | 0.0042958 | $859.05 |
| 255 | Peter Niemi | $915.00 | 0.0044414 | $888.17 |
| 256 | Amy Oleksow | $885.00 | 0.0042958 | $859.05 |
| 257 | Michael Oliver | $885.00 | 0.0042958 | $859.05 |
| 258 | William Ortgiesen | $915.00 | 0.0044414 | $888.17 |
| 259 | Fidencio Pampo | $885.00 | 0.0042958 | $859.05 |
| 260 | Randolph Peele | $915.00 | 0.0044414 | $888.17 |
| 261 | James Perkins | $885.00 | 0.0042958 | $859.05 |
| 262 | David Peterson | $885.00 | 0.0042958 | $859.05 |
| 263 | Michael Potkonjak | $885.00 | 0.0042958 | $859.05 |
| 264 | Randolph Pittman | $885.00 | 0.0042958 | $859.05 |
| 265 | Stacy Praml | $915.00 | 0.0044414 | $888.17 |
| 266 | Paul Plotsky | $915.00 | 0.0044414 | $888.17 |
| 267 | Tiffany Register | $885.00 | 0.0042958 | $859.05 |
| 268 | Bennett Robinson | $915.00 | 0.0044414 | $888.17 |
| 269 | Romalo Romero | $885.00 | 0.0042958 | $859.05 |
| 270 | Victor Romero | $915.00 | 0.0044414 | $888.17 |
| 271 | Sue Muse | $885.00 | 0.0042958 | $859.05 |
| 272 | Joseph Sabeh | $915.00 | 0.0044414 | $888.17 |
| 273 | Frank Sanchez | $915.00 | 0.0044414 | $888.17 |
| 274 | Gary Santilli | $915.00 | 0.0044414 | $888.17 |

| | | | | |
|---|---|---|---:|---:|
| 275 | Daniel Schmidt | | $885.00 | 0.0042958 | $859.05 |
| 276 | Lana Schlimmer | | $885.00 | 0.0042958 | $859.05 |
| 277 | Doug Scott | | $915.00 | 0.0044414 | $888.17 |
| 278 | Bobbie Toman | | $885.00 | 0.0042958 | $859.05 |
| 279 | J. Whitehill | | $885.00 | 0.0042958 | $859.05 |
| 280 | Harold Scott | | $885.00 | 0.0042958 | $859.05 |
| 281 | Mark Segars | | $885.00 | 0.0042958 | $859.05 |
| 282 | Curtis Serafin | | $885.00 | 0.0042958 | $859.05 |
| 283 | Garold Sheets | | $885.00 | 0.0042958 | $859.05 |
| 284 | Robert Snider | | $885.00 | 0.0042958 | $859.05 |
| 285 | Thomas Sobieck | | $885.00 | 0.0042958 | $859.05 |
| 286 | Domingo | | $885.00 | 0.0042958 | $859.05 |
| 287 | John Stafford | | $885.00 | 0.0042958 | $859.05 |
| 288 | George Spurny | | $885.00 | 0.0042958 | $859.05 |
| 289 | Parker Stahnke | | $885.00 | 0.0042958 | $859.05 |
| 290 | Tom Steinke | | $915.00 | 0.0044414 | $888.17 |
| 291 | Steven Stewart | | $885.00 | 0.0042958 | $859.05 |
| 292 | Melissa Synnott | | $885.00 | 0.0042958 | $859.05 |
| 293 | Stephen Szezepaniak | | $885.00 | 0.0042958 | $859.05 |
| 294 | Pat Thoma | | $915.00 | 0.0044414 | $888.17 |
| 295 | Ronald Thompson | | $885.00 | 0.0042958 | $859.05 |
| 296 | William Tucker | | $885.00 | 0.0042958 | $859.05 |
| 297 | Michael Tyndale | | $885.00 | 0.0042958 | $859.05 |
| 298 | James Updike | | $885.00 | 0.0042958 | $859.05 |
| 299 | John Wallace | | $885.00 | 0.0042958 | $859.05 |
| 300 | Gregory White | | $915.00 | 0.0044414 | $888.17 |
| 301 | Paul Wickman | | $885.00 | 0.0042958 | $859.05 |
| 302 | K. Wilson | | $885.00 | 0.0042958 | $859.05 |
| 303 | Don Wolshlager | | $885.00 | 0.0042958 | $859.05 |
| 304 | John Wood | | $915.00 | 0.0044414 | $888.17 |
| 305 | Robert Wraase | | $885.00 | 0.0042958 | $859.05 |
| 306 | Ralph Zaruch | | $885.00 | 0.0042958 | $859.05 |
| 307 | Bobbie Brattain | | $885.00 | 0.0042958 | $859.05 |
| 308 | Jessica Costin | | $885.00 | 0.0042958 | $859.05 |
| 309 | PatricK Haughey | | $885.00 | 0.0042958 | $859.05 |
| 310 | Richard Krager | | $915.00 | 0.0044414 | $888.17 |
| 311 | Robin Lau | | $885.00 | 0.0042958 | $859.05 |
| 312 | Johanna Nelson | | $885.00 | 0.0042958 | $859.05 |
| 313 | Anthony Lozano | | $885.00 | 0.0042958 | $859.05 |
| 314 | Allen Abiva | | $346.00 | 0.0016795 | $335.85 |
| 315 | Arlene Benedicto | | $187.25 | 0.0009089 | $181.76 |
| 316 | Jennifer Bisco | | $299.00 | 0.0014514 | $290.23 |
| 317 | Susan Cabellon | | $304.24 | 0.0014768 | $295.32 |
| 318 | Vicki Carangian | | $376.00 | 0.0018251 | $364.97 |
| 319 | Elaine Castro | | $396.00 | 0.0019222 | $384.39 |
| 320 | Stephanie Copes | | $347.50 | 0.0016868 | $337.31 |

| | | | | |
|---|---|---|---|---|
| 321 | Melizza Cuizon | $309.50 | 0.0015023 | $300.42 |
| 322 | Bonnie Deguinon | $311.00 | 0.0015096 | $301.88 |
| 323 | Cynthia Delatorre | $317.38 | 0.0015406 | $308.07 |
| 324 | Susan Elwood | $285.00 | 0.0013834 | $276.64 |
| 325 | Annalisa Enrile | $200.00 | 0.0009708 | $194.14 |
| 326 | James Estrellado | $310.00 | 0.0015048 | $300.91 |
| 327 | Jasmine Gilham | $242.00 | 0.0011747 | $234.90 |
| 328 | Geraldine Javier | $330.00 | 0.0016018 | $320.32 |
| 329 | Donna Jorge | $200.00 | 0.0009708 | $194.14 |
| 330 | Daisy Magat | $343.00 | 0.0016649 | $332.94 |
| 331 | Janette Malinis | $347.00 | 0.0016844 | $336.82 |
| 332 | Jocelyn Martino | $319.00 | 0.0015484 | $309.65 |
| 333 | Grace Nerona | $247.00 | 0.0011989 | $239.76 |
| 334 | Jenny Ramos | $264.00 | 0.0012815 | $256.26 |
| 335 | Raquel Raymundo | $304.00 | 0.0014756 | $295.09 |
| 336 | Jesse Recepcion | $232.00 | 0.0011261 | $225.20 |
| 337 | Jermaine Revita | $200.00 | 0.0009708 | $194.14 |
| 338 | Matty Wayne Reyes | $350.00 | 0.0016989 | $339.74 |
| 339 | Kim Spence | $325.00 | 0.0015776 | $315.47 |
| 340 | Aimee Sungahid | $230.85 | 0.0011206 | $224.08 |
| 341 | Melanie Tiong | $327.00 | 0.0015873 | $317.41 |
| 342 | Michelle Vallebo | $236.00 | 0.0011456 | $229.08 |
| 343 | Ingrid Waymire . | $153.00 | 0.0007427 | $148.51 |
| 344 | Bell Junior High School A | $14,926.27 | 0.0724527 | $14,488.58 |
| 345 | Harriet Coe | $780.00 | 0.0037862 | $757.13 |
| 346 | Richard Eberle | $780.00 | 0.0037862 | $757.13 |
| 347 | Walter Smith | $780.00 | 0.0037862 | $757.13 |
| 348 | Charles Wax | $780.00 | 0.0037862 | $757.13 |
| 349 | Scott Schuetz | $780.00 | 0.0037862 | $757.13 |
| 350 | Carrie Jennings | $780.00 | 0.0037862 | $757.13 |
| 351 | Monica Edwards | $780.00 | 0.0037862 | $757.13 |
| 352 | Colleen Johnson | $780.00 | 0.0037862 | $757.13 |
| 353 | Delila Riley | $780.00 | 0.0037862 | $757.13 |
| 354 | Sue Zacks | $780.00 | 0.0037862 | $757.13 |
| 355 | Joyce Fike | $780.00 | 0.0037862 | $757.13 |
| 356 | Allison Harris | $780.00 | 0.0037862 | $757.13 |
| 357 | Norman Calman | $780.00 | 0.0037862 | $757.13 |
| 358 | Sharyl Schatte | $780.00 | 0.0037862 | $757.13 |
| 359 | Charles Luzzi | $780.00 | 0.0037862 | $757.13 |
| 360 | The Rev. Charles Fletcher | $780.00 | 0.0037862 | $757.13 |
| 361 | Vernell Hayes | $780.00 | 0.0037862 | $757.13 |
| 362 | Leslie Peariso | $780.00 | 0.0037862 | $757.13 |
| 363 | Stacey Kasendorf | $780.00 | 0.0037862 | $757.13 |
| 364 | David Kotnik | $780.00 | 0.0037862 | $757.13 |
| 365 | Issa Khalil | $780.00 | 0.0037862 | $757.13 |
| 366 | Mary Zuzack | $780.00 | 0.0037862 | $757.13 |

| | | | | |
|---|---|---:|---:|---:|
| 367 | Bridget Heburn | $780.00 | 0.0037862 | $757.13 |
| 368 | SDSCPA/8th Grade Trust | $900.00 | 0.0043686 | $873.61 |
| | **TOTAL** | 206,013.99 | 1.0000000 | $199,972.99 |

**IT IS SO ORDERED.**

Dated: 11/19/08

**JUDGE GONZALEZ**
**UNITED STATES DISTRICT JUDGE**